# EXHIBIT A-1



Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

To access your sign-in options, go to **Start** ⊞ > **Settings** ⚙ > **Accounts** 👤 > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:

- Windows Hello Face
- Windows Hello Fingerprint
- Windows Hello PIN
- Security key
- Password
- Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf

FIG. 1

> To access your sign-in options, go to **Start** > **Settings** > **Accounts** > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:
>
> - Windows Hello Face
> - Windows Hello Fingerprint
> - Windows Hello PIN
> - Security key
> - Password
> - Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf

> 1. Select **Start** > **Settings** > **Accounts** > **Sign-in options**.
>
> 2. Under **Manage how you sign in to your device**, you'll see three choices to sign in with Windows Hello:
>
>    a. Select **Windows Hello Face** to set up facial recognition sign-in with your PC's infrared camera or an external infrared camera.
>
>    b. Select **Windows Hello Fingerprint** to set up sign-in with a fingerprint reader.
>
>    c. Select **Windows Hello PIN** to set up sign-in with a PIN.

Source: https://support.microsoft.com/en-us/windows/learn-about-windows-hello-and-set-it-up-dae28983-8242-bb2a-d3d1-87c9d265a5f0

> **What data is collected, and why**
>
> When you set up Windows Hello biometrics, it takes the data from the face camera, iris sensor, or fingerprint reader and creates a data representation—or graph—that is then encrypted before it's stored on your device.

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf#managehello

FIG. 2

1. Select **Start** > **Settings** > **Accounts** > **Sign-in options**.

2. Under **Manage how you sign in to your device**, you'll see three choices to sign in with Windows Hello:

    a. Select **Windows Hello Face** to set up facial recognition sign-in with your PC's infrared camera or an external infrared camera.

    b. Select **Windows Hello Fingerprint** to set up sign-in with a fingerprint reader.

    c. Select **Windows Hello PIN** to set up sign-in with a PIN.

Source: https://support.microsoft.com/en-us/windows/learn-about-windows-hello-and-set-it-up-dae28983-8242-bb2a-d3d1-87c9d265a5f0



### 10.5" touchscreen

- Write and draw naturally on screen with Surface Pen*
- Navigate, scroll, and browse through documents and websites
- Stream shows and movies

**Cameras, video and audio**
Windows Hello face authentication camera (front-facing)
5.0MP front-facing camera with 1080p Skype HD video
8.0MP rear-facing auto-focus camera with 1080p HD video
Dual Studio Mics
2W stereo speakers with Dolby® Audio™

Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

FIG. 3

To access your sign-in options, go to **Start** > **Settings** > **Accounts** > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:

- Windows Hello Face
- Windows Hello Fingerprint
- Windows Hello PIN
- Security key
- Password
- Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf



FIG. 4

To access your sign-in options, go to **Start** ⊞ > **Settings** ⚙ > **Accounts** 👤 > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:

- Windows Hello Face
- Windows Hello Fingerprint
- Windows Hello PIN
- Security key
- Password
- Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf



(Image of Picture Password input)

FIG. 5



Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

FIG. 6