# EXHIBIT B-1



**Source**: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

To access your sign-in options, go to **Start** ⊞ > **Settings** ⚙ > **Accounts** ⚇ > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:

- Windows Hello Face

- Windows Hello Fingerprint

- Windows Hello PIN

- Security key

- Password

- Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf

# FIG. 1

## Sign-in options

### Manage how you sign in to your device

Select a sign-in option to add, change, or remove it.

Windows Hello Face
This option is currently unavailable—click to learn more

Windows Hello Fingerprint
Sign in with your fingerprint scanner (Recommended)

Windows Hello PIN
Sign in with a PIN (Recommended)

Security Key
Sign in with a physical security key

Password
Sign in with your account's password

Picture Password
Swipe and tap your favorite photo to unlock your device

### Require sign-in

If you've been away, when should Windows require you to sign in again?

Every Time ∨

# FIG. 2

To access your sign-in options, go to **Start** ⊞ > **Settings** ⚙ > **Accounts** ⚇ > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:

- Windows Hello Face

- Windows Hello Fingerprint

- Windows Hello PIN

- Security key

- Password

- Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf

# FIG. 3

1. Select **Start** ⊞ > **Settings** ⚙ > **Accounts** ⚬ > **Sign-in options** .

2. Under **Manage how you sign in to your device**, you'll see three choices to sign in with Windows Hello:

   a. Select **Windows Hello Face** to set up facial recognition sign-in with your PC's infrared camera or an external infrared camera.

   b. Select **Windows Hello Fingerprint** to set up sign-in with a fingerprint reader.

   c. Select **Windows Hello PIN** to set up sign-in with a PIN.

Source: https://support.microsoft.com/en-us/windows/learn-about-windows-hello-and-set-it-up-dae28983-8242-bb2a-d3d1-87c9d265a5f0



**10.5" touchscreen**

- Write and draw naturally on screen with Surface Pen*

- Navigate, scroll, and browse through documents and websites

- Stream shows and movies

Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

| Cameras, video and audio | Windows Hello face authentication camera (front-facing)<br>5.0MP front-facing camera with 1080p Skype HD video<br>8.0MP rear-facing auto-focus camera with 1080p HD video<br>Dual Studio Mics<br>2W stereo speakers with Dolby® Audio™ |
|---|---|

Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

# FIG. 4



## 10.5″ touchscreen

- Write and draw naturally on screen with Surface Pen[*]

- Navigate, scroll, and browse through documents and websites

- Stream shows and movies

Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

To access your sign-in options, go to **Start** ⊞ > **Settings** ⚙ > **Accounts** ⌂ > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:

- Windows Hello Face

- Windows Hello Fingerprint

- Windows Hello PIN

- Security key

- Password

- Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf

# FIG. 5



FIG. 6



Storage[4]       eMMC drive: 64GB
                 Solid-state drive (SSD): 128GB

Source: https://www.microsoft.com/en-us/d/surface-go-
2/8pt3s2vjmdr6?activetab=pivot:techspecstab

# FIG. 7