# EXHIBIT C-1



Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

To access your sign-in options, go to **Start** > **Settings** > **Accounts** > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:

- Windows Hello Face
- Windows Hello Fingerprint
- Windows Hello PIN
- Security key
- Password
- Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf

FIG. 1

Sign-in options

Manage how you sign in to your device

Select a sign-in option to add, change, or remove it.

- Windows Hello Face
  This option is currently unavailable—click to learn more

- Windows Hello Fingerprint
  Sign in with your fingerprint scanner (Recommended)

- Windows Hello PIN
  Sign in with a PIN (Recommended)

- Security Key
  Sign in with a physical security key

- Password
  Sign in with your account's password

- Picture Password
  Swipe and tap your favorite photo to unlock your device

Require sign-in

If you've been away, when should Windows require you to sign in again?

Every Time ∨

FIG. 2

To access your sign-in options, go to **Start** > **Settings** > **Accounts** > **Sign-in options**. On the Sign-in options page, the following sign-in methods are available:

- Windows Hello Face
- Windows Hello Fingerprint
- Windows Hello PIN
- Security key
- Password
- Picture password

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf

1. Select **Start** > **Settings** > **Accounts** > **Sign-in options**.

2. Under **Manage how you sign in to your device**, you'll see three choices to sign in with Windows Hello:

   a. Select **Windows Hello Face** to set up facial recognition sign-in with your PC's infrared camera or an external infrared camera.

   b. Select **Windows Hello Fingerprint** to set up sign-in with a fingerprint reader.

   c. Select **Windows Hello PIN** to set up sign-in with a PIN.

Source: https://support.microsoft.com/en-us/windows/learn-about-windows-hello-and-set-it-up-dae28983-8242-bb2a-d3d1-87c9d265a5f0

FIG. 3



Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

Camera sensor:

Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

# FIG. 4



Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

Source: https://support.microsoft.com/en-us/windows/windows-sign-in-options-and-account-protection-7b34d4cf-794f-f6bd-ddcc-e73cdf1a6fbf

FIG. 5



FIG. 6



Source: https://www.microsoft.com/en-us/d/surface-go-2/8pt3s2vjmdr6?activetab=pivot:techspecstab

FIG. 7