AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

ALTPASS LLC,
*Plaintiff*

V.   Civil Action No. **6:21−CV−00799−ADA**

MICROSOFT CORPORATION,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Microsoft Corporation
     CT Corporation System
     1601 Elm St.
     Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Neal Massand
> Ni Wang & Massand PLLC
> 8140 Walnut Hill Lane, Suite 500
> Dallas, TX 75231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JEANNETTE J. CLACK
CLERK OF COURT

s/JENNIFER CLARK
DEPUTY CLERK

ISSUED ON 2021−08−04 14:41:59

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-00799-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Microsoft Corporation__
was received by me on *(date)* __8/26/21__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CT Corporation System, Intake Specialist__, who is __Kyle Atkin__
designated by law to accept service of process on behalf of *(name of organization)*
__Microsoft Corporation__ on *(date)* __8/27/21__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty that this information is true.

Date: __8/27/21__

_____
Server's signature

__Caleb Macum, Process Server__
Printed name and title

__PO Box 720040, Dallas, TX 75372__
Server's Address

Additional information regarding attempted sevice, etc:
_____
_____