AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| ALTPASS LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:21-CV-799-ADA |
| MICROSOFT CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION   .

Date:   09/20/2021

/s/ Barry K. Shelton
*Attorney's signature*

Barry K. Shelton, TX 24055029
*Printed name and bar number*

Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, TX 78734

*Address*

bshelton@sheltoncoburn.com
*E-mail address*

(512) 263-2165
*Telephone number*

(512) 263-2166
*FAX number*