### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| ALTPASS LLC, | § |
| Plaintiff, | § § § § |
| v. | §  CIVIL ACTION NO. 6:21-cv-799-ADA § § |
| MICROSOFT CORPORATION, | § § |
| Defendant. | § § |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendant Microsoft Corporation ("Defendant") files this Unopposed Motion for Extension of Time to File Answer and respectfully shows the following:

Plaintiff Altpass LLC filed its Complaint on August 3, 2021 (Dkt. No. 1) and served Defendant on September 10, 2021. Defendant's current response deadline is October 1, 2021. Defendant requests an extension to respond on or before November 15, 2021. Counsel for Defendant conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to November 15, 2021.

Respectfully submitted,

Dated: September 20, 2021

By:   /s/ *Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
**SHELTON COBURN LLP**
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)
(512) 263-2166 (Facsimile)

*Attorneys For Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Barry K. Shelton*
Barry K. Shelton
