**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| ALTPASS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 6:21-cv-799-ADA |
| MICROSOFT CORPORATION, | § § § | |
| Defendant. | § § § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

This Court, having considered Defendant's Unopposed Motion for Extension of Time to File Answer (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to November 15, 2021.

SIGNED this _____ day of _____ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE