## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

ALTPASS LLP,
Plaintiff,

vs.                                              Case No.:  6:21-cv-799-ADA

MICROSOFT CORPORATION,
Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jonathan Lamberson , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Microsoft Corporation in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

White & Case LLP with offices at:

Mailing address: 3000 El Camino Real, Two Palo Alto Square, Suite 900

City, State, Zip Code: Palo Alto, CA 94306

Telephone: 650-213-0300          Facsimile: 650-213-8158

2.    Since December 8, 2005 , Applicant has been and presently is a

member of and in good standing with the Bar of the State of California .

Applicant's bar license number is 239107 .

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| USDC-Northern Dist. of California | 08/12/2005 |
| USDC-Central Dist. of California | 04/11/2006 |
| USDC-Southern Dist. of California | 05/10/2006 |

[See Attachment A ]

4.     Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.     I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:20-cv-01125-ADA        on the 29 day of March              , 2021 .
Number: 6:20-cv-01126-ADA        on the 29 day of March              , 2021 .
Number: 6:20-cv-01128-ADA        on the 29 day of March              , 2021 .

6.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Barry K. Shelton, Shelton Coburn LLP

Mailing address:  311 RR 230 S., Suite 205

City, State, Zip Code:  Austin, TX 78734-4775

Telephone:  512-263-2165

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Jonathan Lamberson _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jonathan Lamberson
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the 12th day of October _____, 2021 .

Jonathan Lamberson
[printed name of Applicant]

[signature of Applicant]

# Attachment A

| **Additional Bar Memberships** | |
|---|---|
| District of Columbia Bar | 3/5/2007 |
| **Additional Court Admissions** | |
| Supreme Court of the State of California | 12/08/2005 |
| District of Columbia Court of Appeals | 1/27/2007 |
| United States Court of Appeals for the Federal Circuit | 2/28/2009 |
| Eastern District of Michigan | 7/15/2010 |
| Eastern District of Texas | 7/29/2010 |
| United States Supreme Court | 3/20/2017 |
| United States Court of Appeals for the Fifth Circuit | 4/08/2021 |
| **Additional Appearances Pro Hac Vice – Western District of Texas** | |
| *Case Number* | *Date* |
| 6:20-cv-01129-ADA | 3/29/2021 |
| 6:20-cv-01131-ADA | 3/29/2021 |
| 6:21-cv-00276-ADA | 4/12/2021 |

# Attachment A

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

ALTPASS LLP,
Plaintiff,
vs.                                              Case No.:  6:21-cv-799-ADA
MICROSOFT CORPORATION,
Defendant.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Jonathan Lamberson _____, counsel for

Microsoft Corporation _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Jonathan Lamberson _____ may appear on behalf of Microsoft Corporation _____

in the above case.

IT IS FURTHER ORDERED that Jonathan Lamberson _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October _____, 20 21 _____.


_____

UNITED STATES DISTRICT JUDGE