UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALTPASS LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                      Defendant. | Case No.  6:21-cv-799<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Altpass LLC, by and through its undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action with prejudice. Prior to the filing of this notice, Defendant Microsoft Corporation has not filed an answer or a motion for summary judgment.

DATED November 11, 2021.

Respectfully submitted,

By: */s/ Neal G. Massand*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

        **NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*
*Pixel Display LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that, on November 11, 2021, the foregoing was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                   */s/ Neal G. Massand*
                                   Neal G. Massand